| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-11626-PMM**

THERESA CLARK
47 E. LOCUST STREET
FLEETWOOD  PA    19522

Petition Filed Date: 03/08/2017
341 Hearing Date: 05/30/2017
Confirmation Date: 11/09/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $488.00 | | 02/03/2020 | $488.00 | | 03/03/2020 | $488.00 | |
| 04/01/2020 | $488.00 | | 05/04/2020 | $488.00 | | 06/02/2020 | $488.00 | |
| 07/02/2020 | $488.00 | | 08/03/2020 | $488.00 | | 09/01/2020 | $488.00 | |
| 10/02/2020 | $488.00 | | 11/02/2020 | $488.00 | | 12/03/2020 | $488.00 | |
| 01/05/2021 | $488.00 | | 02/01/2021 | $488.00 | | 03/04/2021 | $488.00 | |
| 04/05/2021 | $488.00 | | 05/03/2021 | $488.00 | | 06/02/2021 | $488.00 | |

**Total Receipts for the Period:  $8,784.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,821.63**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | EMERGENCY CARE/PHYSICIAN ASSOC OF PA PC<br>»» 002 | Unsecured Creditors | $730.00 | $0.00 | $730.00 |
| 4 | PENNYMAC  LOAN SERVICES LLC<br>»» 004 | Mortgage Arrears | $21,984.22 | $19,340.75 | $2,643.47 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $231.57 | $0.00 | $231.57 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $1,084.72 | $0.00 | $1,084.72 |
| 5 | PAUL H HERBEIN ESQ<br>»» 005 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 17-11626-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,821.63 | Current Monthly Payment: | $485.81 |
| Paid to Claims: | $21,340.75 | Arrearages: | $439.82 |
| Paid to Trustee: | $2,041.68 | Total Plan Base: | $28,633.74 |
| Funds on Hand: | $439.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.